**Order filed July 19, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00482-CV
_____

### KEN BIGHAM AND TRACY HOLLISTER, Appellants

### V.

### SOUTHEAST TEXAS ENVIRONMENTAL LLC, ET AL, Appellees

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2007-55020**

## O R D E R

The notice of appeal in this case was filed June 14, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **August 9, 2016.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.                                    PER CURIAM